# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HONGWEN REN,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:07-cv-790-Orl-19DAB**

**ROBERT S. MUELLER, III, EMILIO T.
GONZALEZ, AND EVELYN UPCHURCH,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)** |
| **FILED:** | **May 10, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Upon submitting an affidavit of indigency, any court of the United States may authorize a party to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). The Affidavit filed here, however, does not support a finding of indigency. Plaintiff states that he is currently employed, at a salary of $53,000 a year, and that he has cash and assets that well exclude him from pauper status. The motion should therefore be denied, and Plaintiff should be directed to pay the filing fee in order to proceed with the suit.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 11, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy