**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HONGWEN REN,

    Plaintiff,

vs.                                                     CASE NO. 6:07-CV-790-ORL-19DAB

ROBERT S. MUELLER, III, EMILIO T.
GONZALEZ, AND EVELYN UPCHURCH,

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed May 11, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 3) is **ADOPTED AND AFFIRMED.** The Motion to Proceed In Forma Pauperis (Doc. No. 2, filed May 10, 2007) is **DENIED.** Plaintiff shall pay the filing fee within ten (10) days of this Order in order to proceed with this suit, or this case will be dismissed without further notice.

**DONE AND ORDERED** at Orlando, Florida, this  1st  day of June, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record